**DISMISS and Opinion Filed June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00226-CV

### IN THE INTEREST OF M.H.E., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55235-2011**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

In a letter dated June 5, 2015, we questioned our jurisdiction over this appeal in light of the trial court's April 1, 2015 order granting a new trial with respect to child support enforcement. In response, appellant filed a letter confirming the trial court granted a new trial on the issue that was appealed.

An order granting a new trial deprives an appellate court of jurisdiction over the appeal. *See Yan v. Jiang,* 241 S.W.3d 930 (Tex. App.—Dallas 2008, no pet.) (per curiam). Accordingly, on the Court's own motion, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

150226F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.H.E., A CHILD

No. 05-15-00226-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-55235-2011.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Matthew Edgar Evans recover his costs of this appeal from appellant Charity Renee Cheney.

Judgment entered June 19, 2015.